# United States District Court

State and **FILED** District of _____ New Mexico _____

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

UNITED STATES OF AMERICA

V.

**JEREMIAH JACKSON**
Year of birth: 1978
SSAN: XXX-XX-2137

APR - 7 2010

MATTHEW J. DYKMAN
CLERK

**CRIMINAL COMPLAINT**

10mJ 996

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __April 4, 2010__ in __Bernalillo__ county, in the state and District of __New Mexico__ defendant(s) did, (track statutory Language of Offense)

by intimidation and force did take money from the persons and presence of the New Mexico Bank & Trust located at 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, a federally insured financial institution

in violation of Title __18__ United States Code, Section(s) __2113(a)__

I further state that I am a __Special Agent, FBI__ and that this complaint is based on the following
                                    Official Title

facts: See attached Affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
JEFFREY A. ROMERO
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

April 7, 2010                                    at    Albuquerque, New Mexico
Date                                                    City and State

**DON J. SVET**    U.S. Magistrate Judge

Name & Title of Judicial Officer                        Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| JEREMIAH JACKSON | ) |
| Year of birth: 1978 | ) |
| SSAN XXX-XX-2137 | ) |

## AFFIDAVIT

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for more than thirteen and one-half years. I am currently assigned to the Albuquerque Division and investigate major crimes and conduct other investigations including but not limited to violent crimes and bank robberies. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources.

2. On April 6, 2010, at approximately 10:00 a.m., the New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, was robbed by an individual who entered the bank and presented a demand note to the teller. Words written on the note were not read by the teller because the robber immediately placed a white plastic bag on the counter and said words to the effect of, "Fill it up! Hurry! Hurry!" The robber pounded his right forearm on the counter as he demanded money. The teller noticed something up the robber's sleeve. The teller believed that the robber had some type of weapon hidden in the sleeve of the robber's jacket. The teller provided the robber with a sum of United Stated Federal Reserve Bank Notes. The robber then went to the next teller

and verbally demanded and received money from the second teller. The robber was last seen by bank personnel, fleeing the bank in blue Dodge or Chrysler minivan. A license plate was obtained and provided to the Albuquerque Police Department(APD).

The New Mexico Bank & Trust is a federally insured financial institution, and did sustain a large loss in United States Federal Reserve Bank Notes.

The aforementioned robbery was conducted by a man described as a Black male, approximately 5'7"-5'8", medium build, medium black complexion, and approximately late 20s to early 30s in years of age. The robber was further described as wearing dark clothing, including a windbreaker style light jacket.

3.  An APD officer in an marked unit heard the dispatched call announcing the bank robbery, the vehicle description, and the license plate. The officer was traveling in the vicinity near the intersection of Commanche and Carlisle Boulevards and came upon a dark blue minivan. The officer altered his route and maneuvered to read the license plate. Once the officer observed the license plate and realized that it was a match to the van believed used in the previously mentioned bank robbery. The officer called for back up and maintain visual contact.

4.  The vehicle was observed to turn southbound from Commanche Boulevard and travel south on Carlisle Boulevard. The vehicle continued south on Carlisle until it entered Interstate-40 (I-40) westbound. The vehicle exited I-40 at Coors Boulevard northbound and was observed to try to execute a right turn onto Quail Road and travel eastbound. The vehicle appeared to lose control and jump the median and crash into a white stationary compact vehicle that was waiting in the left turn-lane to proceed south on Coors Boulevard. Both vehicle traveled across three lanes and stopped at the north side curb in front of a Giant Gas station. The driver of the minivan exited the crashed vehicle and run east on Quail Road to Corona Drive. APD arrived and conducted a foot pursuit.

  The driver was arrested near the intersection of Corona Drive and Pheasant Avenue, less than a block and half from the crash.

5. In addition, a source which has proven to be reliable in the past, directed the APD to a vehicle matching the description of the getaway vehicle and having the same license plate and provided by a witness at the bank. That vehicle was the crashed minivan were evidence from the bank robbery was in view.

6. Two people inside the white stationary compact vehicle were killed as a result of the collision caused by the blue minivan.

7. The individual in custody was identified as Jeremiah Jackson, year of birth 1978, SSAN XXX-XX-2137.

8. Jackson was transported to the FBI-Albuquerque Field Office and read his Miranda Advice of Rights. Jackson advised he understood his rights, waived his rights, and affirmed that decision by signing the document agreeing to speak to the FBI..

9. Jackson admitted robbing the New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, earlier in the day. Jackson provided exact details of the robbery that were only available to law enforcement and the individual who robbed the bank. Jackson also admitted to driving the blue minivan that crashed into the white stationary compact vehicle.

Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that Jeremiah Jackson, year of birth 1978, SSAN XXX-XX-2137, did by intimidation and force, take money from the persons and presence of the New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, on April 6, 2010, a federally insured financial institution.

Your affiant further submits that these robberies was committed in violation of Title 18 United States Code, Section 2113(a).

I swear that this information is true and correct to be best of my knowledge.

_____
JEFFREY A. ROMERO
Special Agent,
Federal Bureau of Investigation

Subscribed to and sworn to
before me, this ____ of April, 2010

_____
UNITED STATES MAGISTRATE JUDGE
Albuquerque, NM

4