AMENDED
Sealed Addendum

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

State and ~~FILED~~ District OF New Mexico

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**UNITED STATES OF AMERICA**

V.

**JEREMIAH JACKSON**
Year of birth: 1978
SSAN: XXX-XX-2137

(Name and Address of Defendant)

APR - 8 2010

MATTHEW J. DYKMAN
CLERK

**CRIMINAL COMPLAINT**

10mj996

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **April 6, 2010** in **Bernalillo** county, in the state and District of **New Mexico** defendant(s) did, (track statutory Language of Offense) by intimidation and force did take money from the persons and presence of the New Mexico Bank & Trust located at 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, a federally insured financial institution

in violation of Title **18** United States Code, Section(s) **2113(a)**

I further state that I am a **Special Agent, FBI** and that this complaint is based on the following
Official Title

facts: See attached Affidavit.

Continued on the attached sheet and made a part hereof: [X] YES [ ] No

Signature of Complainant
JEFFREY A. ROMERO
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

April 8, 2010
Date

at Albuquerque, New Mexico
City and State

Don J. Svet — U.S. Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA )
)
VS. )
)
JEREMIAH JACKSON )
Year of birth: 1978 )
SSAN XXX-XX-2137 )

## AFFIDAVIT

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been employed in that capacity for over thirteen years. I am currently assigned to the Albuquerque Division and investigate major crimes and conduct other investigations including but not limited to violent crimes and bank robberies. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources.

2. All information provided on the original affidavit set forth on the above mentioned subject remains true for this sealed addendum to the original affidavit.

3. The purpose of the sealed addendum is to explain the Source outlined in paragraph 5 of the original affidavit. The Source is in fact, two Electronic Tracking System (ETS) Devices given to banks and credit unions for the sole purpose of being given to bank robbers so that the police may track the electronic signal to the robber and prevent the robber from escaping and to effect a recovery of stolen United States Federal Reserve Notes by authorities for the victims.

4. The Albuquerque Police Department (APD) has the tracking equipment on a large number of vehicles in the field during the hours banks and credit unions are open. The officers, deputies, and detectives of APD are well trained and highly effective and have apprehended a large number of bank robbers due to the ETS being employed by bank and credit union employees. In addition, a large quantity of valuable evidence has also been recovered after a successful track.

5. In relation to the bank robbery of the New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, on April 6, 2010, the teller provided a ETS device to the bank robber.

6. The ETS Device directed APD to a vehicle traveling south on Carlisle. APD continued to track the vehicle to a place where it came to rest. APD was able to locate the ETS devices within the blue minivan and shut them down. Both ETS devices' serial numbers matched the list provided by New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, of the ETS devices taken by the robber of their bank on April 6, 2010.

In addition, a large quantity of United States Federal Reserve Notes were co-located with the ETS devices.

2

Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that Jeremiah Jackson, year of birth 1978, SSAN XXX-XX-2137, did by intimidation and force, take money from the persons and presence of the New Mexico Bank & Trust, 3002 Louisiana Boulevard, Northeast, Albuquerque, New Mexico, on April 6, 2010, a federally insured financial institution.

Your affiant further submits that these robberies was committed in violation of Title 18 United States Code, Section 2113(a).

I swear that this information is true and correct to be best of my knowledge.

JEFFREY A. ROMERO
Special Agent,
Federal Bureau of Investigation

Subscribed to and sworn to
before me, this ___ of April, 2010

UNITED STATES MAGISTRATE JUDGE
Albuquerque, NM

3