UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable M. Christina Armijo**

| | | | |
|---|---|---|---|
| **CASE NO.** | 10cr1374 | **DATE:** | 4/20/11 |

**TITLE:**   *United States v. Jackson*

| | | | |
|---|---|---|---|
| **COURTROOM CLERK:** | K. Wray | **COURT REPORTER:** | M.. Kubilus |
| **COURT IN SESSION:** | 9:15 am | **COURT IN RECESS:** | 3:14 pm |

**Total Time:** 5 hours, 59 minutes

**TYPE OF PROCEEDING:**   Motions Hearing

**COURT'S RULINGS/DISPOSITION:** See below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**   n/a

**DEADLINE FOR SUBMISSION OF ORDER TO COURT:**   n/a

**ATTORNEY PRESENT FOR PLAINTIFF:**      **ATTORNEY PRESENT FOR DEFENDANT:**

  Presiliano Torrez              Stephen P. McCue
  Raul Torrez

**PROCEEDINGS:**

9:15 am    Ct in session; appearances from counsel; Defendant is present

9:15 am    Ct addresses the parties; Ct addresses Doc 12, Doc 50, Doc 63

9:16 am    Mr. P Torrez addresses the Ct

9:18 am    Bench conf.

9:19 am    Ct addresses the parties

9:20 am    Mr. McCue addresses the Ct; the Ct responds

9:21 am    Mr. P Torrez addresses the Ct; Mr. McCue responds

9:23 am    Mr. P Torrez calls Witness #1, Ferris Simmons, WITNESS SWORN, Mr. P Torrez

           conducts direct examination

| Time | Event |
|---|---|
| 9:31 am | Witness examines Gov. Exhs. 2a and 2b; direct examination continues |
| 9:39 am | Witness identifies Gov. Exh. 4 and admitted |
| 9:40 am | Direct exam continues |
| 9:57 am | Mr. McCue conducts cross examination |
| 9:59 am | Witness examines Gov. Exh. 2c; cross examination continues |
| 10:01 am | Witness examines Def. Exh. A; cross examination continues |
| 10:10 am | Def. Exh. A admitted; cross examination continues |
| 10:13 am | Witness #1 is excused |
| 10:13 am | Gov. Exhs 2a, 2b, 2c offered and admitted |
| 10:14 am | Mr. P Torrez calls Witness # 2, Candace DeFrates, WITNESS SWORN, Mr. P Torrez conducts direct examination |
| 10:29 am | Witness IDs Gov. Exh. 4, direct exam continues |
| 10:44 am | Ct in recess |
| 11:02 am | Ct in session; Mr. P Torrez continues direct exam |
| 11:06 am | Gov offers Gov. Exh. 3 and admitted |
| 11:08 am | Direct exam continues |
| 11:12 am | Witness examines Def. Exh. A; direct exam continues |
| 11:21 am | Mr. McCue conducts cross exam |
| 11:33 am | Witness examines Def. Exh. B, cross exam continues |
| 11:34 am | Def. Exh. B. Offered and admitted; cross exam continues |
| 11:35 am | Mr. P Torrez conducts redirect exam |
| 11:37 am | Witness # 2 is excused |
| 11:37 am | Mr. P Torrez calls Witness # 3, Christopher Geiger, WITNESS SWORN, Mr. P Torrez conducts direct examination |
| 11:52 am | Witness examines Gov. Ehx. 5a and 5 and 5a are admitted |

11:53 am   Direct exam continues

11:54 am   Bench conf.

11:55 am   Ct addresses the parties

11:57 am   Mr. P Torrez plays Gov. Exh. 5 (recording of the interview)

12:28 pm   Ct addresses the parties

12:28 pm   Ct in recess

1:19 pm    Ct in session; bench conf.

1:22 pm    Gov. Exh. 5 continues (recording of the interview)

1:40 pm    Mr. R Torrez addresses the Ct; the Ct responds (recording advanced 1 minute)

1:42 pm    Gov. Exh. 5 continues (recording of the interview)

2:25 pm    Mr. P Torrez continues direct exam

2:29 pm    Mr. McCue conducts cross exam

2:33 pm    Witness #3 is excused

2:33 pm    Mr. P Torrez addresses the Ct

2:33 pm    Bench conf.

2:34 pm    Mr. McCue calls Witness # 4, Jeffrey Romero, WITNESS SWORN, Mr. McCue conducts direct examination

2:36 pm    Mr. P Torrez conducts cross examination

2:37 pm    Ct addresses Mr. P Torrez; Mr. P Torrez responds

2:38 pm    Ct addresses Mr. McCue; Mr. McCue responds

2:38 pm    Evidence Closed

2:38 pm    Mr. McCue addresses the Ct

2:45 pm    Mr. R Torrez addresses the Ct

2:57 pm    Mr. McCue addresses the Ct

2:58 pm    Ct addresses the parties

3:13 pm     Parties respond

3:14 pm     Ct in recess