**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AUG 24 2011

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CR 10-1374 MCA |
| ) | |
| **JEREMIAH JACKSON**, ) | |
| ) | |
| Defendant. ) | |

*Redacted*

**VERDICT**

WE, THE JURY, find the defendant, JEREMIAH JACKSON,

__GUILTY__, of bank robbery as charged in Count 1 of the Indictment.
(guilty or not guilty)

WE, THE JURY, find the defendant, JEREMIAH JACKSON,

__GUILTY__, of killing Kimberly Aragon-Nunez while avoiding or attempting to avoid
(guilty or not guilty)

apprehension for bank robbery, as charged in Count 2 of the Indictment.

WE, THE JURY, find the defendant, JEREMIAH JACKSON,

__GUILTY__, of killing Janice Flores while avoiding or attempting to avoid
(guilty or not guilty)

apprehension for bank robbery, as charged in Count 3 of the Indictment.

DATED this 24TH day of August, 2011.

FOREPERSON