UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 10-1374 MCA | USA vs. | JACKSON |
| Date: | 9/24/12 | Name of Deft: | JEREMIAH JACKSON |
| | Before the Honorable | M. CHRISTINA ARMIJO | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:18am-10:41am | Total Time in Court (for JS10): | 83 minutes |
| Clerk: | C. Bevel | Court Reporter: | J. Goehl |
| AUSA: | Pres Torrez/Raul Torrez | Defendant's Counsel: | Stephen McCue/Margaret Katze |
| Sentencing in: | Albuquerque | Interpreter: | |
| Probation Officer: | Jason Beaty | Sworn? Yes | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | | Plea | X | Verdict | As to: | | Information | X Indictment |
| If Plea: | | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1, 2 & 3 | | |
| If Plea Agreement: | | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 8/24/11 | | | | PSR: | Not Disputed | X | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | |

### SENTENCE IMPOSED

Imprisonment (BOP): Counts 2 & 3: Life imprisonment (to run concurrent)

| | | |
|---|---|---|
| Supervised Release: | Probation: | 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for _____ months _____ days |
| Comply with ICE laws and regulations | Community service for _____ months _____ days |
| Part in/success complete subst abuse program/testing | Reside halfway house _____ months _____ days |
| Part in/success complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-Deft(s) | No computer with access to online services |
| No entering, or loitering near, victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| | No loitering within 100 feet of school yards |

OTHER:

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | 21,191.66 | |
| SPA: $ | 200 | ($100 as to each Count) | Payment Schedule: | X Due Imm. | Waived |

OTHER:

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | USP Lewisburg, PA |
| | Dismissed Counts: | | |

| | |
|---|---|
| OTHER COMMENTS | Officer Beaty addresses Court regarding corrections to PSR <br><br> Defendant's Objections Doc 124: <br> Paragraphs 134- Overruled <br> Paragraphs 22, 144-Overruled <br> Paragraph 44-Overruled <br> Paragraphs 49, 56-Overruled <br> Paragraph 45-Overruled <br> Paragraph 135-Overruled <br> Mr. McCue renews objections to Court's ruling regarding Counts 2 &3. <br><br> Mr. Torrez introduces family members of victim Aragon, that wish to address Court. <br> Maureen Roybal addresses Court. <br> Pete Aragon addresses Court. <br> Lucas Aragon addresses Court <br> Joyce Aragon addresses Court <br> Noel Nunez address Court <br> Mr. Torrez introduces family members of victim Flores. <br> Lupe Chavez addresses Court <br> Kandice Flores addresses Court <br> Abram Flores addresses Court <br> Suzanne Flores Chavez addresses Court <br> Lorena Ramirez addresses Court <br> Abram Flores Jr addresses Court <br> Monica Gonzales addresses Court <br><br> Mr. Torrez addresses Court. <br> Mr. McCue addresses Court. <br> Defendant addresses Court. <br> Mr. McCue objects to sentence for reasons stated on record. <br> Court will waive interest on restitution. |