UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## RE-SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 10-1374 MCA | | USA vs. | JACKSON |
| Date: | 2/6/14 | | Name of Deft: | JEREMIAH JACKSON** |
| | Before the Honorable | | M. CHRISTINA ARMIJO | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 1:51pm-2:27pm | Total Time in Court (for JS10): | 38 minutes | |
| Clerk: | C. Bevel | Court Reporter: | J. Goehl | |
| AUSA: | Pres Torrez | Defendant's Counsel: | Steve McCue & Margaret Katze | |
| Sentencing in: | Albuquerque | Interpreter: | N/A | |
| Probation Officer: | Jason Beaty | Sworn? | Yes | No |
| Convicted on: | Plea | X Verdict | As to: | Information | X Indictment |
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | 3 |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: |
| Date of Plea/Verdict: | 4/6/10; mandate 12/18/13 | PSR: | X Not Disputed | Disputed |
| PSR: X | Court Adopts PSR Findings | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | |

### SENTENCE IMPOSED
Imprisonment (BOP): Count 3: LIFE

| | | | |
|---|---|---|---|
| Supervised Release: | | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | Part in/success complete subst abuse program/testing | | Reside halfway house _____ months _____ days |
| | Part in/success complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Educational or vocational program as approved by USPO | | No loitering within 100 feet of school yards |
| OTHER: | | | |

| | | | | | |
|---|---|---|---|---|---|
| Fine: $ | 0 | | Restitution: $ | $21,191.66 (total) NM Bank and Trust $110.10 NM Mutual Ins. $21,081.56 | |
| SPA: $ | 100.00 | ($100 as to each Count) | Payment Schedule: | X Due Imm. | Waived |
| OTHER: | | | | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | | |
| X | Defendant not present** | | Voluntary Surrender | | |
| | Recommended place(s) of incarceration: | | | | |
| | Dismissed Counts: | | | | |

| | |
|---|---|
| OTHER COMMENTS | Matter before court pursuant to Tenth Circuit Mandate for Re-Sentence issued 12/18/13. |
| | **DEFENDANT NOT PRESENT PURSUANT TO WAIVER OF APPEARANCE DOC. 170 |
| | Court addresses Mr. McCue regarding waiver of defendant's appearance [Doc. 170] |
| | Mr. McCue addresses Court. |
| | Court excuses defendant's presence, pursuant to order entered [Doc. 171]. |
| | Court addresses counsel and victims families. |
| | Court will vacate and order that the sentence under Count 2 of the indictment causing death of Kimberly Aragon Nunez be vacated pursuant to the direction of the Tenth Circuit Court of Appeals, leaving the defendant convicted under Count 3 of the indictment for causing the death of Janice Flores. |
| | Court addresses counsel regarding restitution. |
| | Mr. McCue responds. |
| | Mr. Torrez addresses Court regarding restitution. |
| | Mr. McCue addresses Court. |
| | Bench conference with counsel. |
| | Court addresses parties regarding amounts relating to matter of restitution. Court finds that both Kimberly Aragon Nunez and Janice Flores are victims. Victims have been compensated by New Mexico Mutual Insurance Company in the amount total amount of $21,081.56. Defendant owes NM Insurance company in total amount of $21,081.56; this amount is reduced by any compensatory damages awarded in any federal civil proceeding or in any state civil proceeding to the extent provided by New Mexico law. In no event shall the courts order of restitution result in double payment to any victim or person paying compensation. |
| | Mr. Torrez addresses Court regarding restitution. |
| | Mr. McCue objects to restitution regarding Count 3. |
| | Court notes objection by Mr. McCue and overrules objection. |
| | Mr. McCue addresses Court. |
| | Court addresses parties regarding leaving restitution for 90 as per request of Mr. Torrez |
| | Court will not keep restitution open, no objections to dollar amount of restitution. |
| | Court will waive interest on restitution. |