# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

February 28, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Jeremiah Jackson
          v. United States
          No. 13-8911
          (Your No. 12-2169)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 24, 2014 and placed on the docket February 28, 2014 as No. 13-8911.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst