**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

MAR 30 2015

MATTHEW J. DYKMAN
CLERK

15cv264

| United States District Court | District: New Mexico | Docket or Case No.: CR-10-1374 MCA |
|---|---|---|
| Name (under which you were convicted): JEREMIAH JACKSON | | |
| Place of Confinement: UNITED STATES PENITENTIARY (POLLOCK) | | Prisoner No.: 54147-051 |
| UNITED STATES OF AMERICA  V. | | Movant (include name under which convicted) JEREMIAH JACKSON |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:
    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF
    NEW MEXICO

    (b) Criminal docket or case number (if you know): CR-10-1374 MCA

2.  (a) Date of the judgment of conviction (if you know): AUGUST 24, 2011  '8/24/2011'
    (b) Date of sentencing: SEPTEMBER 24, 2012  '9/24/2012'

3.  Length of sentence: LIFE IMPRISONMENT

4.  Nature of crime (all counts): 18 U.S.C Sec. 2113(a)/(e)
    1) Bank Robbery
    2) Bank Robbery and Incidental Crimes, Killing a Person
    3) Bank Robbery and Incidental Crimes, Killing a Person

5.  (a) What was your plea? (Check one)
    (1) Not guilty [✓]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury [✓]    Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [✓]

8.  Did you appeal from the judgment of conviction?    Yes [✓]    No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
   (b) Docket or case number (if you know): NO. 12-2169
   (c) Result: Conviction affirmed; remanded for sentencing to vacate one count
   (d) Date of result (if you know): November 26, 2013
   (e) Citation to the case (if you know): 736 F3d 953   10TH Circuit 2013
   (f) Grounds raised:

   1) Failure to charge an INTENT requirement on a 2113(e) charge
   2) Double Jeopardy for two counts
   3) Prosecutorial for closing Arguments

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑   No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): NO. 13-8911
       (2) Result: Certiorari denied

       (3) Date of result (if you know): March 31, 2014    3/31/2014
       (4) Citation to the case (if you know): 188 L. Ed 2d 606.   March 31, 2014
       (5) Grounds raised:

       "See #1 above"

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
          Yes ☐    No ☐
    (7)  Result: _____
    (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1)  Name of court: _____
    (2)  Docket of case number (if you know): _____
    (3)  Date of filing (if you know): _____
    (4)  Nature of the proceeding: _____
    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
          Yes ☐    No ☐
    (7)  Result: _____
    (8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1)  First petition:    Yes ☐    No ☐
    (2)  Second petition:  Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _Prosecutorial Misconduct, Commenting on Rights To Remain Silent._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Government violated Defendant's 5th Amendment rights by commenting on his failure to testify; and the Government asked the Jury to Draw An Adverse Inference From Defendant's Silence at trial.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes [✓]   No [ ]
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes [✓]   No [ ]
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _Motion of Appeal_
  Name and location of the court where the motion or petition was filed:
  _United States Court of Appeals For The Tenth Circuit_
  Docket or case number (if you know): _12-2169_
  Date of the court's decision: _11/26/2013_
  Result (attach a copy of the court's opinion or order, if available): _Motion Denied_

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes [✓]   No [ ]
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes [ ]   No [✓]
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes [ ]   No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Counsel Didn't Purse Appeal Upon Defendants request.

**GROUND TWO:** Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

At trial Counsel was ineffective for failing to Summons a Key Witness from the case.

* A witness saw and Spoke with Me (Defendant) During the Process of the case Violation 2113; which plays a Vital Role within Violation..

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
Counsel did Not See importance of Witness

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):



(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):



(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND THREE:** *Prosecutorial Misconduct ? Ineffective Assistance of Counsel; NOT Granting A Change in Venue.*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Bernalillo County, City of Albuquerque Newspapers, T.V., Radio, Media was flooded with the Defendants case. Which could cause the Jury to be bias, also with Defendant being Afro-American, and "Respectfully" the Victims being Hispanic in a Predominate Hispanic City. "During the Voir Diee, a juror showed Public happiness to be picked for jury"

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why: Counsel told defendant it's Not important, and Not Possible.

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Ineffective Assistance of Counsel, Failing to distinguish the Separation of Events.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Before and During trial, counsel was ineffective for failing to Argue & Petition the Separation between Events that took place that Resulted in 2113 (e), which should have been Vehicular Homicide, and Bank Robbery.

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:
      Counsel Did Not Want To Pursue such...

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

Additional Page for Item 6

GROUND FIVE: Prosecutorial Misconduct.

During trial preceedings the defendant offered to accept responsibility and plea guilty not to a lesser included, but to a term of years starting at 20, 30, 40, and up to 50 years of imprisonment.

Prosecution denied all attempts to enter a guilty plea. Instead Prosecution proceeded to trial which lead to a 2 point enhancement, and a LIFE sentence of Imprisonment.

(3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (d)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: **yes;**

#2 Ineffective Assistance of Counsel: Counsel did not think witness was important.

#3 Granting Change In Venue: Counsel told Defendant it's not possible.

#4 Ineffective Assistance of Counsel: "Separation of Events": Counsel Did Not want to pursue Avenues towards such.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:

   STEPHEN P. McCUE    111 LOMAS NW  SUITE 501, ALBUQUERQUE NM, 87102

   (b) At the arraignment and plea:

   Same As Above

   (c) At the trial:

   STEPHEN P. McCUE, MARGARET A. KATZE, 111 Lomas NW SUITE 501, ALBUQUERQUE NM, 87102

   (d) At sentencing:

   Same As Above (c)

   (e) On appeal:

   STEPHEN P. McCUE   (SAME Address)

   (f) In any post-conviction proceeding:

   STEPHEN P. McCUE   (same As Above)

   (g) On appeal from any ruling against you in a post-conviction proceeding:

   STEPHEN P. McCUE   (SAME As Above)

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ (circled, crossed out)   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐   No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

Re-Trial of Case with a Change in Venue, or Grant Mistrial, and an Option to Plea Agreement.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  March 20, 2015 .
(month, date, year)

Executed (signed) on 20TH day of March, year 2015 (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

## CERTIFICATE OF SERVICE

I, JEREMIAH JACKSON, do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I have served a true and correct copy of the foregoing document(s):

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

which, pursuant to *Houston v. Lack*, 487 U.S. 266, 101 L.Ed. 2d, 108 .Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I addressed it to:

U.S. District Court Clerk
333 Lomas Blvd NW
Albuquerque, NM. 87102

and deposited said envelope via hand delivered to the Mail Room Staff at the United States Penitentiary Pollock, LA, on this 20th day of March 2015.

Respectfully submitted,

_____ #54141-051
Reg. No.
U.S. Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

JEREMIAH JACKSON #54141-051
UNITED STATES PENITENTIARY (POLLOCK)
P.O. BOX 2099
POLLOCK, LA. 71467

MATTHEW J. DYKMAN
CLERK

RECEIVED
At Albuquerque NM

MAR 30 2015

U.S. DISTRICT COURT CLERK
333 Lomas Blvd. NW
ALBUQUERQUE, NM. 87102

